UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLORENCE PETERS,

           Plaintiff,

- against -

WHOLE FOODS MARKET GROUP INC.,

           Defendant.

24-cv-2807 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by May 27, 2024.

SO ORDERED.

Dated:    New York, New York
          May 13, 2024

                                      John G. Koeltl
                              United States District Judge