```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Florence Peters,

                Plaintiff,

-against-

Whole Foods Market Group Inc.,

                Defendant.

1:24-cv-02807 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that the parties shall file a joint letter regarding the status of discovery on July 11, 2024.

**SO ORDERED.**

Dated:      New York, New York
              June 7, 2024

_____
STEWART D. AARON
United States Magistrate Judge