```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Florence Peters,

                Plaintiff,

-against-

Whole Foods Market Group Inc.,

                Defendant.

1:24-cv-02807 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action closed on December 2, 2024. (*See* 8/1/24 Order, ECF No. 19.) It is hereby Ordered that, no later than Wednesday, December 11, 2024, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to be referred to mediation and/or if either side intends to file a dispositive motion. If not, the joint letter shall set forth proposed trial dates and a proposed schedule for the parties to file a Joint Pretrial Order and other pre-trial submissions required by Section IV of the Court's Individual Practices.

**SO ORDERED.**

Dated:    New York, New York
           December 4, 2024

_____
STEWART D. AARON
United States Magistrate Judge