**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Florence Peters,

Plaintiff,

-against-

Whole Foods Market Group Inc.,

Defendant.

1:24-cv-02807 (SDA)

ORDER OF DISMISSAL

**STEWART D. AARON, United States Magistrate Judge:**

It having been reported to the Court that this case has been settled, it is hereby ORDERED that the above-captioned action is dismissed without costs to any party and WITHOUT PREJUDICE to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

DATED:    New York, New York
          January 23, 2026

_____
STEWART D. AARON
United States Magistrate Judge